ORIGINAL
FILED

E-filing

08 MAY -2 PM 2: 27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WDB

1  BURKE, WILLIAMS & SORENSEN, LLP
   Daniel W. Maguire (SBN 120002)
2  E-mail: dmaguire@bwslaw.com
   Michael B. Bernacchi (SBN 163657)
3  E-mail: mbernacchi@bwslaw.com
   444 South Flower Street, Suite 2400
4  Los Angeles, CA  90071-2953
   Tel: 213.236.0600
5  Fax: 213.236.2700

6  Attorneys for Defendants Conseco Senior
   Health Insurance Company and Conseco, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 EUGENE J. CAMPEDEL and          Case No.    CV 08 2300
   CHARMAINE I. CAMPEDEL,
12                                 DEFENDANTS' CERTIFICATE OF
            Plaintiff,             INTERESTED PARTIES
13
   v.
14
   CONSECO SENIOR HEALTH
15 INSURANCE COMPANY;
   CONSECO, INC.,
16
            Defendants.
17

18

19      The undersigned, counsel of record for Defendants Conseco Senior Health

20 Insurance Company and Conseco, Inc., certifies that the following listed parties

21 have a direct, pecuniary interest in the outcome of this case.  These representations

22 are made to enable the Court to evaluate possible disqualification of recusal.

23

24      1.    Plaintiff Eugene J. Campedel;

25

26      2.    Plaintiff Charmaine I. Campedel;

27

28      3.    Defendant Conseco Senior Health Insurance Company; and

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4814-8286-8482 v1          FAXED          DEFENDANTS' CERTIFICATE OF
                                              INTERESTED PARTIES

1    4.    Defendant Conseco, Inc.

2

3    Dated:  May 2, 2008

Burke, Williams & Sorensen, LLP
Daniel W. Maguire
4    Michael B. Bernacchi

5

6    By:_____
    Michael B. Bernacchi
7    Attorneys for Defendants Conseco
    Senior Health Insurance Company and
8    Conseco, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4814-8286-8482 v1

- 2 -

DEFENDANTS' CERTIFICATE OF
INTERESTED PARTIES

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 2, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s): **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**; in a sealed envelope, postage fully paid, addressed as follows:

Frank N. Darras
Shernoff Bidart Darras & Echeverria, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Tel: (909) 390-3770
Fax: (909) 974-2121
Attorneys for Plaintiffs

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 2, 2008, at Los Angeles, California.

*Barbara W. Jeong*
Barbara W. Jeong

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4836-8782-7458 v1