1  BURKE, WILLIAMS & SORENSEN, LLP
   Michael B. Bernacchi (SBN 163657)
2  E-mail: mbernacchi@bwslaw.com
   444 South Flower Street, Suite 2400
3  Los Angeles, CA  90071-2953
   Tel: 213.236.0600
4  Fax: 213.236.2700

5  Attorneys for Defendants Conseco Senior
   Health Insurance Company and Conseco, Inc.
6

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EUGENE J. CAMPEDEL and CHARMAINE I. CAMPEDEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY; CONSECO, INC.; DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | Case No.  C 08-02300 WDB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CONSECO, INC. ONLY** |

　　　Plaintiffs Eugene J. Campedel and Charmaine I. Campedel ("Plaintiffs") and Defendants Conseco Senior Health Insurance Company and Conseco, Inc. ("Conseco Defendants"), by and through their respective counsel of record, hereby stipulate and agree that Defendant Conseco, Inc. *only* shall be dismissed from this action without prejudice.  By agreeing to this dismissal, Defendant Conseco, Inc. does not concede to personal jurisdiction in this case and has in no way waived its right to a jurisdictional challenge.

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4814-5291-9042 v1

CASE NO. C 08-02300 WDB
STIPULATION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE OF CONSECO, INC. ONLY

IT IS SO STIPULATED.

Dated: May 6, 2008      Shernoff Bidart Darras & Echeverria, LLP
Frank N. Darras

By: */s/ Frank N. Darras*
    *[as authorized on May 6, 2008]*
    Frank N. Darras
Attorneys for Plaintiffs Eugene J. Campedel and Charmaine I. Campedel

Dated: May 9, 2008      Burke, Williams & Sorensen, LLP
Michael B. Bernacchi

By: */s/ Michael B. Bernacchi*
    Michael B. Bernacchi
Attorneys for Defendants Conseco Senior Health Insurance Company and Conseco, Inc.

## **ORDER**

IT IS SO ORDERED.

Dated: _____
Judge of the United States District Court

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4814-5291-9042 v1      - 2 -      CASE NO. C 08-02300 WDB
STIPULATION AND ORDER FOR DISMISSAL
WITHOUT PREJUDICE OF CONSECO, INC. ONLY