1  BURKE, WILIAMS & SORENSEN, LLP
   Michael B. Bernacchi (SBN 163657)
2  E-mail: mbernacchi@bwslaw.com
   444 South Flower Street, Suite 2400
3  Los Angeles, CA 90071-2953
   Tel: 213.236.0600
4  Fax: 213.236.2700

5  Attorneys for Defendants Conseco Senior Health
   Insurance Company and Conseco, Inc.
6

7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 EUGENE J. CAMPEDEL and CHARMAINE I.        No. C 08-02300 WDB
   CAMPEDEL
12         Plaintiffs,
                                              **DECLINATION TO PROCEED BEFORE**
13    v.                                      **A MAGISTRATE JUDGE**
                                                            **AND**
14 CONSECO SENIOR HEALTH INSURANCE            **REQUEST FOR REASSIGNMENT TO A**
   COMPANY; CONSECO, INC.; DOES 1-10          **UNITED STATES DISTRICT JUDGE**
15         Defendants.
16 _____/

17         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18         The undersigned party in the above-captioned civil matter hereby declines to consent to the

19 assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

20 requests the reassignment of this case to a United States District Judge.

21

22 Dated: May 9, 2008                         */s/ Michael B. Bernacchi*
                                              Michael B. Bernacchi
23                                            Counsel for  Defendants
                                              (Name of party or indicate "pro se")
24

25
26
27
28

LA #4831-4971-1618 v1

American LegalNet, Inc.
www.FormsWorkflow.com