UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE J. CAMPEDEL and CHARMAINE I. CAMPEDEL,<br><br>    Plaintiffs,<br><br>v.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY, et al.<br><br>    Defendants.<br>_____/ | No.  C 08-2300 WDB<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case management conference set for August 6, 2008, at 4:00 p.m. is vacated.

Dated: May 13, 2008               Richard W. Wieking, Clerk
                                  United States District Court

                                  *Sarah Weinstein*

                                  By:  SarahWeinstein
                                       Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd