1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUGENE J. CAMPEDEL; and CHARMAINE I.
CAMPEDEL,

No.  C 08-02300 WDB

                    Plaintiff,

        v.

CONSECO SENIOR HEALTH INSURANCE
COMPANY; CONSECO, INC.,

                    Defendant.

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the

assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

requests the reassignment of this case to a United States District Judge.

Dated:  May 12, 2008

/s/ Frank N. Darras
Signature
FRANK N. DARRAS

Counsel for   Plaintiffs
(Name of party or indicate "pro se")