```
1   FRANK N. DARRAS #128904
    SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
2   3257 East Guasti Road, Suite 300
3   Ontario, CA  91761
    Telephone:  909-390-3770
4   Facsimile:   909-974-2121
    Email: fdarras@sbd-law.com
5
6   Attorneys for Plaintiffs
7
8                   UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA - OAKLAND
```

| | |
|---|---|
| EUGENE J. CAMPEDEL; and CHARMAINE I. CAMPEDEL,<br><br>Plaintiffs,<br><br>vs.<br><br>CONSECO SENIOR HEALTH INSURANCE COMPANY; CONSECO, INC.,<br><br>Defendants. | Case No.: C 08-02300 WDB<br><br>PLAINTIFFS' NOTICE OF INTERESTED PARTIES |

TO THE COURT:

The undersigned, counsel of record for plaintiff, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. EUGENE J. CAMPEDEL – Plaintiff;

2. CHARMAINE I. CAMPEDEL – Plaintiff; and

3. CONSECO SENIOR HEALTH INSURANCE COMPANY – Defendant; and

///

4. CONSECO, INC. - Defendant.

Dated: May 13, 2008                SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

*/s/ Frank N. Darras*
FRANK N. DARRAS
Attorneys for Plaintiff