1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| EUGENE J. CAMPEDEL and CHARMAINE I. CAMPEDEL, | ) Case No.: C 08-02300 SBA ) |
| Plaintiffs, | ) **ORDER** ) ) |
| vs. | ) |
| CONSECO SENIOR HEALTH INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The deadlines in the Order for Pretrial Preparation are modified as follows:

**A. DISCOVERY CUTOFF**

All non-expert discovery shall be completed and all depositions taken on or before *9/14/09*.

**B. EXPERT DESIGNATION AND DISCOVERY**

Plaintiffs shall designate any experts by *9/28/09*; defendant by *10/19/09*; rebuttal disclosure by *10/26/09*. Expert discovery shall be completed by *11/13/09*.

C. **MOTION CUT-OFF**

All motions including dispositive motions shall be *heard* on or before *1/12/10*.

D. **MANDATORY SETTLEMENT CONFERENCE**

All parties are ordered to participate in a mandatory settlement conference during the following time period: ***BETWEEN 1/18/10-2/5/10 BEFORE A MAGISTRATE JUDGE LARSON***. The previously-scheduled settlement conference before Magistrate Judge James Larson on 7/17/09 is hereby cancelled.

E. **PRETRIAL CONFERENCE**

All Counsel who will try the case shall appear for a pretrial conference in Courtroom 3 on *3/2/10*, at 1:00 p.m.

F. **PRETRIAL PREPARATION DUE** *2/9/10*

3. The following matters shall be accomplished no later than *fourteen* (14) *calendar days* prior to the pretrial conference: **Motions in Limine and Objections to Evidence due:** *2/16/10*.

4. Responses to motions in limine or objections to evidence shall be filed and served no less than *seven* (7) *calendar days* prior to the pretrial conference due: *2/23/10*.

G. **TRIAL DATE**

Trial before the ***JURY*** will begin on *3/8/10*, at 8:30 a.m., for an estimated *5* trial days, or as soon thereafter as the Court may designate.

All other provisions of the Order for Pretrial Preparation remain in full force and effect.

Dated: 5/11/09

SAUNDRA BROWN ARMSTRONG
United States District Judge